COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO.  2-09-380-CR

RUDOLPH ANTHONY GARZA APPELLANT

V.

THE STATE OF TEXAS STATE

----------

FROM THE 371
ST
 DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM OPINION
(footnote: 1) AND JUDGMENT

----------

We have considered the “Appellant's Motion To Waive And Dismiss Appeal And To Withdraw Notice Of Appeal.”  The motion complies with rule 42.2(a) of the rules of appellate procedure. Tex. R. App. P. 42.2(a).  No decision of this court having been delivered before we received this motion, we grant the motion and dismiss the appeal. 
See id.;
 Tex. R. App
. P.
 43.2(f). 

PER CURIAM

PANEL: MCCOY, MEIER, and LIVINGSTON, JJ.

DO NOT PUBLISH

Tex. R. App
. P. 
47.2(b)

DELIVERED: February 4, 2010 

FOOTNOTES
1:
See
 
Tex. R. App
. P.
 47.4.